# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 117

Vaughn Anderson,                                    Plaintiff and Appellant

v.

Amber Anderson,                                    Defendant and Appellee

## No. 20240343

Appeal from the District Court of Stark County, Southwest Judicial District, the Honorable Rhonda R. Ehlis, Judge.

AFFIRMED.

Per Curiam.

Jami L. Haynes, Dickinson, ND, for plaintiff and appellant; on brief.

Erica J. Shively, Bismarck, ND, for defendant and appellee; on brief.

**Anderson v. Anderson**
No. 20240343

**Per Curiam.**

[¶1]   Vaughn Anderson appeals from a divorce judgment. Vaughn Anderson argues the district court erred in awarding Amber Anderson primary residential responsibility and in its valuation of assets and debts. We conclude the award of primary residential responsibility and valuation of the parties' marital estate is not clearly erroneous. We summarily affirm the divorce judgment under N.D.R.App.P. 35.1(a)(2) and deny Amber Anderson's request for attorney's fees on appeal.

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr